UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DUMAR KINDLE, et al.,

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 153 (PMH)

Defendant LUIS VELEZ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

__X__   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

__X__   Conference Before a Judicial Officer

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_[signature]_
Defendant's Counsel's Signature

LUIS VELEZ
Print Defendant's Name

STEPHEN R. LEWIS
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 31, 2021
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~