UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

DUMAR KINDLE, et al.,

                               Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 153 (PMH)

Defendant LUIS VELEZ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer

_Luis Velez by Stephen R. Lewis_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

LUIS VELEZ
Print Defendant's Name

_/s/_
Defendant's Counsel's Signature

STEPHEN R. LEWIS
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 8, 2022
Date

_/s/_
U.S. District Judge/~~U.S. Magistrate Judge~~