UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DUMAR KINDLE, et al.,

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 153 (PMH)

Defendant LUIS VELEZ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

__X__ Conference Before a Judicial Officer

_Luis Velez by [signature]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

LUIS VELEZ
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

STEPHEN R. LEWIS
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

May 31, 2022
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~