UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>LUIS VELEZ,<br><br>                        Defendant. | **RESCHEDULING ORDER**<br><br>21-CR-00153-4 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On June 7, 2022, the Court held a plea hearing for Defendant Luis Velez ("Velez"). (*See* 06/01/2022 Minute Entry). Defendant Velez entered a guilty plea to Count 1 of the Indictment, and the Court scheduled Defendant Velez for sentencing on December 13, 2022. (*Id.*). The Court ordered that Defendant Velez's sentencing submission be filed no later than November 29, 2022, and that the Government's sentencing submission be filed no later than December 6, 2022. (*Id.*).

As of the date of this Order, Defendant Velez has not filed his sentencing submission. Accordingly, Defendant Velez's sentencing is ADJOURNED to **February 9, 2023 at 10:00 a.m.** in Courtroom 520. Defendant Velez's sentencing submission shall be filed on **January 19, 2023** and the Government's sentencing submission shall be filed on **January 26, 2023**.

                              SO ORDERED.

Dated:   White Plains, New York
         December 6, 2022

                              _____
                              PHILIP M. HALPERN
                              United States District Judge