UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :        **RESCHEDULING**
                                   :        **ORDER**
**Luis Velez,**                    :
                                   :        7-21-cr-00153-PMH-4
            Defendants.            :
                                   :
-------------------------------------------------------------x

The Court rescheduled sentencing in this matter to <u>February 24, 2023 at 9:30 am</u> in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: February 6, 2023                    SO ORDERED:

                                           *[signature]*
                                           Philip M. Halpern, U.S.D.J