UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                              :
v.                                             :        **SCHEDULING ORDER**
                                              :
LUIS VELEZ,                     :        7-21-cr-00153- PMH
                                             :
              Defendant.        :
------------------------------------------------------------x

       Due to a scheduling conflict, the VOSR Status Conference scheduled for September 11, 2025 is re-scheduled to September 30, 2025 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       July 21, 2025

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge