UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA      :

           :

v.           :    **SCHEDULING ORDER**

           :

LUIS VELEZ,           :    7:21-cr-153 (PMH)

           :

         Defendant.    :
-----------------------------------------------------------x

The Status Conference scheduled for December 23, 2025 at 12:00 p.m. is rescheduled to

December 23, 2025 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
      November 26, 2025

_____
Philip M. Halpern
United States District Judge