LAW OFFICES OF JILL R. SHE[LLOW]

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 5, 2026

**BY EMAIL ONLY**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
HalpernNYSDChambers@nysd.uscourts.gov

Application granted. The January 5, 2026 VOSR status conference is adjourned to February 5, 2026 at 12:00 p.m. in Courtroom 520. The parties shall advise the Court of the case status by January 29, 2026 including, if applicable, any specifications the Defendant intends to admit and separate or joint letters regarding the parties position(s) concerning sentencing. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 193).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            January 5, 2026

RE:    *United States v. Luis Velez, 21 Cr. 153 (PMH) (VOSR)*

Dear Judge Halpern:

I represent Luis Velez, and we are scheduled to appear before Your Honor on Monday, January 5, 2026, on this pending VOSR.  I am writing pursuant to the Order entered on December 17, 2025 (Dkt. # 190), to advise the Court of the status of this matter and to request respectfully that this appearance be adjourned to February 5, 2026, which is a date when I understand Your Honor has time to address this matter. The Government and Probation consent to this request.

I met with Mr. Velez on December 24, 2025, and have had several discussions with AUSA Nicholas Bradley and Probation Officer Karen Rosario.  We are actively working together to develop a plan that can have a positive impact on Mr. Velez going forward.  But this is still a work-in-progress that has been slowed by the holidays.  That said, I can advise Your Honor that while we are still working on the precise contours of a disposition, we all agree that an evidentiary hearing will not be necessary.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Attorney for Luis Velez*

cc:    AUSA Nicholas Bradley (by email)
        Probation Officer Karen Rosero (by email)

Admitted:  NY, CT, DC