UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :
v.                                   :        **SCHEDULING ORDER**
                                     :
LUIS VELEZ,                          :
                                     :        7:21-cr-00153 (PMH)
                 Defendant.          :
------------------------------------------------------------x

At the request of the parties, the VOSR Status Conference scheduled for February 5, 2026

is re-scheduled to February 23, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains

Courthouse.


**SO ORDERED:**

Dated: White Plains, New York
        February 6, 2026

_____
Philip M. Halpern
United States District Judge