UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 21 Cr. 153 (PMH) |
| LUIS VELEZ, | |
| Defendant. | |

WHEREAS, this Court entered a Judgment in a Criminal Case dated February 24, 2023, which sentenced Defendant to twenty-six months' imprisonment followed by a term of supervised release of three years, *see* ECF No. 148 (the "Judgment");

WHEREAS, the Judgment required Defendant to comply with certain standard and mandatory conditions of supervision, as well as certain additional supervised release terms (collectively, the "Conditions of Supervised Release");

WHEREAS, Defendant's supervision commenced on March 2, 2023;

WHEREAS, on or about December 11, 2024, the Probation Department filed an initial Violation Report;

WHEREAS, on or about December 11, 2024, this Court issued a summons for Defendant to appear;

WHEREAS, on or about December 17, 2025, the Probation Department filed an Amended Violation Report;

WHEREAS, on March 1, 2026, during the pendency of the Court's adjudication of the Amended Violation Report, Defendant's three-year term of supervised release expired;

It is hereby ORDERED that, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. §§ 3143(a)(1)), and with the consent of the parties, Defendant's release pending adjudication of the December 17, 2025 Amended Violation Report shall be subject to the Conditions of Supervised Release set forth in the Judgment.  Such conditions shall remain in effect pending the Court's adjudication of this matter.

Dated:   White Plains, New York
         March 27, 2026

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK