UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA                 :
                                         :
              v.                         :        21 CR 153-4 (PMH)
                                         :
LUIS VELEZ,                              :        **ORDER**
                                         :
              Defendant.                 :
-------------------------------------------------------------x

At the VOSR sentencing hearing on May 6, 2026, and for the reasons stated on the record,

the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant

Luis Velez is hereby ORDERED released from the custody of the United States Marshal, subject

to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, New York
       May 6, 2026

                                         SO ORDERED:

                                         _____
                                         Philip M. Halpern
                                         United States District Judge